USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

KEVIN HARRIS,

                Defendant.

23 Cr. 594 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Clerk of Court is respectfully directed to UNSEAL this case.

    SO ORDERED.

Dated: June 26, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge