```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/3/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA

-against-

KEVIN HARRIS,

                Defendant.

23 Cr. 594 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The status conference scheduled for September 15, 2025, is ADJOURNED to **September 18, 2025**, at **4:30 p.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

    SO ORDERED.

Dated: September 3, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge