```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:     9/15/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA

-against-

KEVIN HARRIS,

              Defendant.

23 Cr. 594 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The status conference currently scheduled for September 18, 2025, is ADJOURNED to **October 14, 2025,** at **10:00 a.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

    SO ORDERED.

Dated: September 15, 2025
       New York, New York

                                            ANALISA TORRES
                                       United States District Judge