```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  10/10/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

KEVIN HARRIS,

                Defendant.

23 Cr. 594 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    A change-of-counsel hearing will take place in this matter on **October 27, 2025**, at **2:00 p.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.  The Government need not attend.

    The status conference currently scheduled for October 14, 2025, is ADJOURNED to **October 27, 2025,** at **2:15 p.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

    The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 7, 9, and 10.

    SO ORDERED.

Dated: October 10, 2025
       New York, New York

                                            ANALISA TORRES
                                        United States District Judge