```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   10/22/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

23 Cr. 594 (AT)

KEVIN HARRIS,

**ORDER**

Defendant.

ANALISA TORRES, District Judge:

The status conference currently scheduled for October 27, 2025, at 2:15 p.m., is ADJOURNED to **November 10, 2025**, at **11:00 a.m.**  The Court shall proceed with the change-of-counsel hearing scheduled for **October 27, 2025,** at **2:00 p.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl St., New York, New York 10007.

SO ORDERED.

Dated: October 22, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge