```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   11/5/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

KEVIN HARRIS,

                Defendant.

23 Cr. 594 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    At the parties' request, the status conference currently scheduled for November 10, 2025, at 11:00 a.m., is ADJOURNED to **November 17, 2025**, at **2:00 p.m.** in **Courtroom 15D** of the United States Courthouse, 500 Pearl St., New York, New York 10007.

    SO ORDERED.

Dated: November 5, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge