UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

KEVIN HARRIS,

                                    Defendant.

ANALISA TORRES, District Judge:

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:    12/18/2025
```

23 Cr. 594 (AT)

**ORDER**

        The status conference currently scheduled for December 22, 2025, at 2:00 p.m., is ADJOURNED to **January 20, 2026**, at **4:00 p.m.** in **Courtroom 15D** of the United States Courthouse, 500 Pearl St., New York, New York 10007.

        SO ORDERED.

Dated:  December 18, 2025
        New York, New York

_____
        ANALISA TORRES
    United States District Judge