UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

KEVIN HARRIS,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:    4/8/2026

23 Cr. 594 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The parties shall appear for a status conference on **May 4, 2026**, at **3:00 p.m.** in **Courtroom 15D** of the United States Courthouse, 500 Pearl St., New York, New York 10007.

SO ORDERED.

Dated:  April 8, 2026
        New York, New York

ANALISA TORRES
United States District Judge