UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED:   5/5/2026 |

UNITED STATES OF AMERICA

-against-

KEVIN HARRIS,

Defendant.

23 Cr. 594 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The status conference scheduled for May 4, 2026, is ADJOURNED to **May 18, 2026**, at **11:00 a.m.** in **Courtroom 15D** of the United States Courthouse, 500 Pearl St., New York, New York 10007.

SO ORDERED.

Dated: May 4, 2026
New York, New York

_____
ANALISA TORRES
United States District Judge