UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

KEVIN HARRIS,

                              Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:    6/30/2026
```

23 Cr. 594 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The parties shall appear for a status conference on **July 13, 2026**, at **1:00 p.m.** in **Courtroom 15D** of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

    SO ORDERED.

Dated: June 30, 2026
      New York, New York

_____
ANALISA TORRES
United States District Judge