USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 8/10/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

KEVIN HARRIS,

Defendant.

23 Cr. 594 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The status conference scheduled for August 17, 2026, is ADJOURNED to **September 1, 2026**, at **2:00 p.m.** in **Courtroom 15D** of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: August 10, 2026
New York, New York

ANALISA TORRES
United States District Judge