USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 8/18/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

KEVIN HARRIS,

Defendant.

23 Cr. 594 (AT)

**ORDER**

ANALISA TORRES, District Judge:

By email dated August 18, 2026, the Southern District of New York's Probation Department ("Probation") states that "[b]ased on the totality of circumstances in this case and in the interests of justice, Probation proposes that the pending Violation of Supervised Release be withdrawn and that Mr. Harris's Term of Supervised Release be terminated . . . ." Probation further reports that "[t]he Defense has no objection to this proposal and the Government defers to Probation."

After an exhaustive review of the record, the Court concludes that supervised release has not contributed meaningfully to Defendant's rehabilitation. *See e.g., United States v. Aldeen*, 792 F.3d 247, 252 (2d Cir. 2015) (explaining that supervised release's "focus is rehabilitation"). The Court, therefore, ADOPTS Probation's recommendation and terminates Defendant's term of supervised release effective today.

Defense counsel's motion to withdraw, ECF No. 19, is denied as moot. The hearing currently scheduled for September 1, 2026 is adjourned *sine die*.

SO ORDERED.

Dated: August 18, 2026
New York, New York

ANALISA TORRES
United States District Judge